# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GOLO, LLC, | ) |
|     Movant, | ) |
| v. | ) C.A. No. 24-mc-00589-MN |
| GOOGLE LLC, | ) |
|     Respondent. | ) |

## NOTICE OF SUBSEQUENT DEVELOPMENT

Respondent Google respectfully submits this Notice of Subsequent Development (the "Notice") related to Movant GOLO's motion to compel Google to produce documents pursuant to GOLO's Subpoena (D.I. 1).[1] This Notice provides an update regarding a development following Google's prior Notice of Subsequent Development, filed December 27, 2024 (D.I. 15, the "Initial Notice").[2]

As explained in the Initial Notice, on December 20, 2024, Google produced to GOLO data regarding Amazon's keyword ads for the terms GOLO claims as trademarks, responsive to Subpoena Request Nos. 1-4. (Google's Third Production, Bates labeled GOOG-GOLO-000059 to GOOG-GOLO-000063). This data was associated with Amazon ad account numbers Google identified through a good faith search. Following its production, Google continued to diligently search for responsive information and discovered additional ad account numbers associated with

---

[1] Capitalized terms not defined herein have the same meanings as in Respondent's Answering Brief in Opposition to GOLO LLC'S Motion to Compel Google LLC to Produce Documents Pursuant to Third-Party Subpoena (D.I. 10).

[2] GOLO filed a response to the Initial Notice on January 3, 2025 (D.I. 17). While Google disagrees with the arguments made in GOLO's response, Google does not intend this Notice or the Initial Notice to present argument but to provide the Court with relevant information.

-2-

Amazon. Accordingly, on January 8, 2025, Google produced to GOLO the data associated with these additional account numbers. (Google's Fourth Production, Bates labeled GOOG-GOLO-000064 to GOOG-GOLO-000081). This production includes the same data fields described in the Initial Notice. Google hereby notifies the Court of this development.

| | |
|---|---|
| Dated: January 9, 2025 | WILSON SONSINI GOODRICH <br> & ROSATI, P.C. |
| OF COUNSEL: | |
| | */s/ Jeremy W. Gagas* |
| Benjamin D. Margo (admitted *pro hac vice*) <br> WILSON SONSINI GOODRICH <br> & ROSATI, P.C. <br> 1301 Avenue of the Americas, 40th Floor <br> New York, NY 10019-6022 <br> (212) 999-5800 <br> bmargo@wsgr.com | Shannon E. German (#5172) <br> Jeremy W. Gagas (#6602) <br> 222 Delaware Avenue, Suite 800 <br> Wilmington, DE 19801 <br> (302) 304-7600 <br> sgerman@wsgr.com <br> jgagas@wsgr.com <br><br> *Counsel for Respondent Google LLC* |